UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY
ANNUITY FUND and TRUSTEES OF THE
DISTRICT COUNCIL NO. 9 FINISHING
TRADES INSTITUTE and TRUSTEES OF
THE INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES
NATIONAL PENSION FUND and
DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES,
                Plaintiffs,
v.

ROYAL INTERIOR FINISHER CORP.,
                Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 10007 (VB)

On October 29, 2019, plaintiffs Trustees of the District Council No. 9 Painting Industry Insurance Fund, Trustees of the District Council No. 9 Painting Industry Annuity Fund, Trustees of the District Council No. 9 Finishing Trades Institute, Trustees of the International Union of Painters and Allied Trades National Pension Fund, and District Council No. 9 International Union of Painters and Allied Trades commenced the instant action against defendant Royal Interior Finisher Corp. (Doc. #1).

On November 1, 2019, plaintiffs docketed a proof of service, indicating service on defendant on October 30, 2019. (Doc. #6). Defendant had until November 20, 2019, to respond to the complaint.

To date, defendant has not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendant remains in default, plaintiffs are ORDERED to seek a certificate of default as to defendant by December 18, 2019, and thereafter to move for default judgment by January 8, 2020. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: December 4, 2019
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge